■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIWANA HAYES, Also Known as TAWANA HAYES, Appellant. [833 NYS2d 412]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Walsh, J.), rendered June 16, 2004, convicting her of criminal sale of a controlled substance in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Spolzino, Fisher, Lifson and Dickerson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLENN JOSEPH, Appellant. [835 NYS2d 522]—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Kron, J.), both imposed June 29, 2005, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Schmidt, Ritter, Skelos and Angiolillo, JJ., concur.